IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: TYLESHA JONES
DEBTORS.

CHAPTER 7
CASE NO.: 14-30223

## MOTION TO DEFER DISCHARGE

Comes now the above listed Debtor by and through her attorney, David Weston, and requests to delay discharge of her Chapter 7 for the following reason:

1. That Debtor is awaiting other reaffirmation agreements.

WHEREFORE, the Debtor respectfully requests that this Honorable court will grant this motion and allow her discharge to be delayed for forty-five (45) days.

Dated: February 1, 2019

Respectfully Submitted,

/s/ David Weston

The Anderson Law Firm, LLC.
David Weston-Attorney for Debtor
7515 Halcyon Pte. Dr.
Montgomery, AL 36117
334-265-4477

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion on the Chapter 7 Trustee via CM/ECF.

This the 1st day of February 2019.

/s/ David Weston

The Anderson Law Firm, LLC.
David Weston-Attorney at Law